CERTICATE MAIL: 7016 2070 0000 2687 4794 DATE: April 11, 2018

**Letter of Instruction**

Clerk of Court

FILED by [signature] D.C.
APR 30 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

FILED by ______ D.C.
MAY 01 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

Dear Clerk of Court:

I have accepted for value all related endorsements in accordance with U.C.C. 3-419 and HJR-192. Please charge my UCC Contract trust account Via exemption Identification Number: 065621516 for the registration fees and discharge all related debts to account # 2017A58426/001 and command the memory of account # 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 to charge the same to the debtors order or your order.

The total amounts of this **NON-NEGOTIABLE ACCEPTANCE FOR VALUE** is the enclosing documents are: Indictment, Bond, Penalty Sheet, and Non-Negotiable Notice of Acceptance and Demand for sett-off, Notice of and Explicit Reservation of All Rights, Affidavit of Commercial Discharge and Denial of Corporate Existence.

Thank you for your time in this matter. If you have any questions or need my assistance please feel free to contact me. Until then I am.

Sincerly.

[signature]

Craig Sizer

# NOTICE OF AND EXPLICIT RESERVATION OF ALL RIGHTS

Date: April 11, 2018

To: US Clerk of Court
400 North Miami Avenue, Room 8N09
Miami, FL 33128-7716

From: Craig Sizer
Inmate No.:14046-104
Federal Correction Complex
Coleman-Low
P.O. Box 1031
Coleman, FL 33521

re: Letter Rogatory - Notice of Acceptance, Without Prejudice
Non-Negotiable - re:
Criminal Case No. 16-CR-20715-MGC

Certified Mail No. 7016 2070 0000 2687 4794

Dear Holder/Clerk,

This Notice is by Special Appearance, sui juris, never is my appearance **GENERAL** in nature. **PLEASE TAKE NOTICE** that I, Craig Sizer,

a living, breathing man upon the soil, reserve the right not to be compelled to perform under any International Maritime contract or agreement that I did not enter knowingly, voluntarily, willingly, intentionally, with full disclosure and meeting of the minds. Furthermore, I do not accept the liability of any compelled benefit of any un-revealed contract or agreement.

I repent of my debt(s);

I request full settlement of all account(s) in the private.

Three (3) days are provided for you to respond.

Dishonor will result if you fail to respond. Please govern yourself accordingly.

Sincerely,

Without Prejudice

By: [signature]

cc: Internal Revenue Service
Criminal Investigation Division
Box 192
Covington, Kentucky [41012]

copy

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: Craig Sizer

A ' SECURITY ' [ 15 U.S.C. et seq.]
Non-Negotiable - **Tracer Flag**
NOT A POINT OF LAW

To: US Clerk of Court
400 North Miami Avenue, Room 8N09
Miami, FL 33128-7716

From: Craig Sizer
Inmate No.: 14046-104
Federal Correction Complex
Coleman-Low
P.O. Box 1031
Coleman, FL 33521

Certified Mail No. 7016 2070 0000 2687 4794

# AFFIDAVIT OF COMMERCIAL DISCHARGE and DENIAL OF CORPORATE EXISTENCE

**In re:**

**Criminal Case No.** 16-CR-20715-MGC

State of Florida )
) ss.Acknowledgement
County of Dade )

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

"Indeed, no more than (affidavits) is necessary to make the prima facie case," in the nature of United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981) Cert Denied, 50 USLW 2169 S.Ct. March 22, 1982

That , I, Craig Sizer, hereinafter "Affiant," a living, breathing man upon the soil, duly affirm, certify, says and declare by my autograph, that the following facts are true, correct, certain, complete and not misleading, to the best of my knowledge and belief:

copy

1. That, whereas this affidavit is by special appearance, sui juris, never is my appearance **GENERAL** in nature;

2. That, whereas respondents understands/agrees that the governing law of this private contract is the agreement of the parties supported by the law of Merchant and applicable Maxims of law established by silence, acquiescence and tacit agreement;

3. That, whereas respondents are addressed in their public and private capacity. This is affiant's lawful response to the above described offer/presentment;

4. That, whereas affiant is contacting respondents directly, as affiant wish to resolve this matter to the best of his ability, as soon as possible, as affiant is currently being injured by the above described. Affiant finds it prudently necessary to exhaust, by due diligent, his private administrative remedy as it relates to this matter;

5. That, whereas let no word, action or writing be construed to imply the granting of any power of attorney, waiver of rights, or assignment of title;

6. That, whereas affiant is a third party intervener under injury in this matter;

7. That, whereas affiant NOTICES: Circuit Court of Miami Dade County, located at: 1351 Northwest 12th Street, Miami, Florida 33125

   is a corporation/fiction doing business for profit and gain under a grant of limited liability insurance evidenced by its tax identification number;

8. That, whereas affiant is in receipt of a well plead written instrument from the respondents associated with the above described matter and he has accepted for value and returned for value for full settlement and closure using his private exemption in accord with UCC § 3-419, 1-103, 1-104; House Joint Resolution 192 of June 5, 1933 A.D., and Public law 73-10.

9. That, whereas affiant has also forwarded a copy of the same to the Internal Revenue Service, Criminal Investigation Division of the acceptance for set-off and adjustment of the accounts, using his exemption;

10. That, whereas respondents are hereby given notice to **CEASE AND DESIST** from any and all actions, litigations, and enforcements of any and all judgments, decrees and or claims, regarding the COLLATERAL, the DEBTOR, and the ACCOUNTS;

copy

11. That, whereas affiant is not in possession of any lawful contract or agreement that compels his performance to the above described and believes none exists;

12. That, whereas, in the nature of the holding of Fidelity Bank Guarantee vs. Henwood, 307 U.S. 847 (1939), take notice of ... "As of October 27, 1977, legal tender is not in circulation at par with promises to pay credit. There can be no requirement of repayment in legal tender either, since legal tender was not loaned [nor in circulation] and repayment [or payment] need only be made in equivalent Kind: A negotiable instrument.";

13. That, whereas affiant acceptance of any monetary/debt presentment and/or demand for payment as presented by any person, natural or corporate, can be returned for discharge, the same constituting the negotiable instrument so bearing the exemption of the affiant upon any said monetary/debt presentment and/or demand for payment as a non-cash accrual item is but another form of legal tender, money, currency emanating from the creditor;

14. That, whereas pursuant to 'State and Federal' TENDER OF PAYMENT statutes; "whatever is tendered as payment, whether property, money or an instrument, if not accepted, the debt is discharged." [UCC § 3-603(b)];

15. That, whereas affiant accepted for value and returned for value the warehouse receipt presented by respondents in accordance with IAW Title 26 Subtitle A Subchapter J Part I Subpart E Section 674 (b)(5)(b);

16. That, whereas affiant DENIED: the corporate existence, that is, UNITED STATES: THE STATE OF FLORIDA: COUNTY OF MIAMI DADE: Judicial Circuit of Dade County; REAL MAN;

affiant and location are particularly uniqúe to this affiant, although not affiliated with the corporate body politic near the same location; and it suffices as complete, necessary and sufficient identification evidencing affiant's neutral standing in the nature of Title 15 USC § 1681h and Florida revised Code Rule Civil Procedure 9(a). Therein, respondents inability and failure to state a claim upon which relief can be granted.

Further affiant sayeth naught.

Executed on this 11 day of April, 2018 A.D.

Copy

**NON-NEGOTIABLE**

**Notice of Acceptance**

**And**

**Demand for Set-off**

Date: April 11, 2018

To: U.S. Department of Justice
Florida-Southern
99 NE 4th St.,
Suite 300
Miami, FL 33132

From: Craig Sizer
Inmate No.: 14046-104
Federal Correction Complex
Coleman-Low
P.O. Box 1031
Coleman, FL 33521

Re: Letter Rogatory-Explicit Reservation of All Rights
Re: Account Number: 2017A58426/001

Certified Mail Number: 7016 2070 0000 2687 4794

To Who Present May Come:

This Notice is by Special Appearance, sui juris, never is my appearance **GENERAL** in nature. **NOTE:** The foregoing constitute a private (exempt) SECURITY under seal and is non-negotiable and non-transferable evidence of a Debt [15 U.S.C. et seq **TRACER FLAG**]. **A copy has been sent to the IRS.**

**PLEASE TAKE NOTICE** that I, Craig Sizer, a living and breathing man upon the soil, until proven otherwise, fully accept for value your offer/presentment quoted in "Re:" above and returned for value your OFFER/PRESENTMENT herein. I apologize for all previous dishonors. I repent of my debts. I do not argue the facts. In my lifetime, I have made mistakes, as specific mistakes are made aware to me, I will repent of them. As for my acceptance of your offer/presentment, I request you to perform the following fiduciary duty, per Oath of Office/Oath of Admission:

a. I request full settlement, adjustment, discharge, and closure of the account in the private and release the order and or letter of release indicating the discharge, to me immediately by certified mail only;

b. Set-off and adjust all charges by the exemption in accord with UCC 3-419, House Joint Resolution 192 of June 5, 1933 A.D. (HJR-192) and Public Law 73-10 (Discharge of all Debt Public and Private);

copy

c. You are further instructed to notify all related agencies and corporations that this account has been set-off by my private, settled in full, and closed lawfully by the principal creditor. All claims against the DEBTOR/TRUST/ESTATE must be released.

Dishonor will result if you ignore, fail, or refuse to perform the demanded set-off. Please govern yourself accordingly.

Executed on this 11 day of April, 2018 A.D.

JURAT / ACKNOWLEDGEMENT

State of )
) ss.
County of )

Subscribed and affirmed to before me this 11 day of April, 2018 A.D.

Notary Name Miriam Sardinas

Notary Signature [signature]

My Commission Expires: Feb 28, 2020

(Seal)

Miriam Sardinas
Commission # FF956090
Expires: February 28, 2020
Bonded thru Aaron Notary

Without Prejudice

By: ____________________

Miriam Sardinas
Commission # FF956090
Expires: February 28, 2020
Bonded thru Aaron Notary

COPY

# B O N D

Certified Mail No.
7016 2070 0000 2687 4794

Bond No. 04112018-CS-00002

Promise to Pay to the Order of:

U.S. Department of Treasury and CREDIT; UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA; JUDICIAL CIRCUIT COURT FOR DADE COUNTY, FLORIDA
400 North Miami Ave., Rm 08N09
Miami, Florida 33128-7716

Acct #: 2017A58426/001

EQUALITY UNDER THE LAW IS PARAMOUNT AND MADATORY BY LAW. I, Craig Sizer, a living, breathing man do hereby declare:

There appearing no bond, contract or title of recorded entered by claimant to initiate the latter alleged by STATE OF FLORIDA regarding claim number: 2017A58426/001

I, issue this bond to discharge all debt in the matter of claim number 2017A58426/001 dischargable to STATE OF FLORIDA as mandated by public policy through the Bureau of Public Debt. In that no lawful money of account exists in circulation and in consideration thereof, I have suffered dishonor by STATE OF FLORIDA regarding the alleged creditor's claim number: 2017A58426/001.

I, Craig Sizer, principal, as surety, am held and bound to pay STATE OF FLORIDA the sum of $ (holder to fill in the amount due as certain) ____________ Dollars ($22,551,635.58 ), unless the alleged debtor CRAIG SIZER shall satisfy any debt which may be recovered against it by the alleged creditor STATE OF FLORIDA for the attachment of alleged debtor CRAIG SIZER for the sum certain cited above, returnable to STATE OF FLORIDA, ELVEVENTH JUDICIAL CIRCUIT COURT, FOR DADE COUNTY, FLORIDA, on 11th day of April, 2018 A.D. I, Craig Sizer, underwrite with my private exemption any and all obligations of performance/loss/ costs sustained by the STATE OF FLORIDA and its lawful citizens.

Done, this 11 day of April, 2018 A.D., in the county of Miami Dade, Florida by me Craig Sizer, a living, breathing man, principal, surety and owner.

Without Prejudice

By: [signature]

Craig Sizer, Owner/principal

void where prohibited by law

COPY

# ORDER

Negotiate this discharge item through the back office for settlement via the pass through account at the treasury window under public policy for discharge of debts in accordance HJR 192 June 5, 1933; 73rd Congress, 1st Session and all associated policies. Charge exempt account number: 065621516.

This 11 day of April, 2018 A.D.

JURAT/ACKNOWLEDGEMENT

State of Florida, )
) ss.
County of Dade, )

Subscribed and affirmed to before me this 11 day of April, 2018 A.D.

[signature], Notary Public

My Commission Expires: Feb 28 2020

[Seal]

NOTARY PUBLIC STATE OF FLORIDA
Miriam Sardinas
Commission # FF956090
Expires: February 28, 2020
Bonded thru Aaron Notary

Without Prejudice

By: [signature]

Craig Sizer, Owner

U.S. DEPARTMENT OF JUSTICE
Florida-Southern
99 NE 4th St.,
Suite 300
Miami, FL 33132

*For inquiries regarding debt call:* 305-961-9376

# U.S. DEPARTMENT OF JUSTICE ADMINISTRATIVE OFFSET NOTICE

This communication is from the United States Department of Justice. All correspondence on this debt should be sent to the representative of the United States at the address to the left above.

| | |
|---|---|
| DATE OF NOTICE | 01/12/2018 |
| ACCOUNT NUMBER | 2017A58426/001 |
| COURT NUMBER | 16-20715-CR |
| BALANCE DUE | $22,551,635.58 |
| TAX ID NUMBER | XXXXXX-1516 |

Craig Sizer, 14046-104
P.O. Box 1029
Coleman, FL 33521-1029

Accept For Value Exempt from Levy
Craig Sizer
4-11-18
065621516
Deposit to the United States Treasury for Credit to the Public Charge (Account) of Craig Sizer
Justice Department of Warehouse Receipt
Issue Exempt Set off 26 USC
Subpart E Title 26 subtitle A 5 (b) 6(4)

## NOTICE OF INTENT TO OFFSET

This office is responsible for collecting a debt you owe as a result of a judgment in favor of the United States. This debt may include additional costs, interest, penalties, and a surcharge which are not reflected in the amount shown above. A United States District Court entered a judgment against you and established the amount due. The District Court judgment is a final decision that you owe this debt to the United States.

We strongly urge you to pay this debt immediately. Make your payment payable to the Clerk of Court. Please include your court number on your payment.

If you do not pay your debt, Federal law allows agencies to refer debts to the United States Department of the Treasury for the purpose of collecting debts through the Treasury Offset Program. Under this program, the Department of the Treasury will reduce or withhold any of your eligible Federal payments (see list of federal payments eligible for offset on the back of this notice) by the amount of your debt. This "offset" process is authorized by the Debt Collection Act of 1982, as amended by the Debt Collection Improvement Act of 1996, and the Internal Revenue Code. Under these statutes, prior to referring a debt for offset, a federal agency must: (1) notify the debtor who is responsible for the debt that the agency plans to refer the debt to the Department of the Treasury for the offset of any pending federal payments; (2) determine that the debt is past-due and legally enforceable after providing the debtor at least 60 days in which to present evidence to the contrary; and (3) make reasonable efforts to collect the debt. The purpose of this notice is to meet these requirements.

To avoid referral of your debt to the Treasury Offset Program, within 60 calendar days from the date of this notice you must: (1) pay your debt in full; or (2) enter into a repayment agreement; or (3) present evidence that all or part of the criminal or

**(Continued on Back)**

***Please detach and enclose bottom portion with payment***

---

Payment must be received by the PAYMENT DUE Date in order for your payment to be applied before the next billing cycle.

| | |
|---|---|
| **Account Number** | 2017A58426/001 |
| **Name** | Craig Sizer |
| **Court Number** | 16-20715-CR |
| **Payment Due Date** | Immediately |
| **Total Amount Due** | $22,551,635.58 |
| **Amount Enclosed** | |

# Administrative Offset Notice

Please mail payments to:
US Clerk of Court
400 North Miami Avenue, Room 8N09
Miami, FL 33128-7716

☐ **Check here for change of address and annotate below.**

**14046-104**

COPY

PRESS FIRMLY TO SEAL

Postage on Back

PRIORITY MAIL
POSTAGE REQUIRED

**PRIORITY® ★ MAIL ★**

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

FROM: Craig Sizer 14046-104
Federal Correctional Complex Unit C4
P.O. Box 1031
Coleman, FL 33521

TO:
U.S. Clerk of Court
400 North Miami Ave, Room 8N09
Miami, FL 33128-7716

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

This envelope is made from post-consumer waste. Please recycle - again.