UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cr-20715-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRAIG SIZER,

    Defendant.
_____/

## ORDER ON MOTION TO RECONSIDER

**THIS CAUSE** is before the Court upon Petitioner Craig Sizer's Motion to Reconsider, ECF No. [1058] ("Motion"), docketed on June 6, 2023. Therein, Sizer requests reconsideration of the Court's Order, ECF No. [1054], in which the Court denied Sizer's Motion for Compassionate Release, ECF No. [1044].

As an initial matter, the Court addresses whether it has jurisdiction to consider Sizer's Motion despite Sizer's simultaneous filing of a Notice of Appeal. ECF No. [1059]. "The filing of a notice of appeal normally divests the district court of jurisdiction over matters concerned in the appeal and transfers jurisdiction over those matters to the court of appeals." *United States v. Wilson*, 307 F. App'x 314, 315 (11th Cir. 2009). Sizer's Motion for Reconsideration addresses the same matter concerned in his appeal – the propriety of the Court's Order denying him compassionate release.

Here, Sizer's Notice of Appeal and his Motion for Reconsideration were filed on the same day: May 31, 2023.[1] *See* ECF Nos. [1058] at 5, [1059]. The Court has found no published Eleventh

---

[1] "Under the 'prison mailbox rule,' a pro se prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing." *Williams v. McNeil*, 557 F.3d 1287, 1290 n.2 (11th Cir. 2009).

Circuit decision that addresses whether a district court retains jurisdiction in this situation of a simultaneous filing of a motion for reconsideration and a notice of appeal. Two unpublished decisions reach irreconcilable conclusions. *Compare United States v. Erland*, 352 F. App'x 363, 365 n.6 (11th Cir. 2009) (jurisdiction exists) *with United States v. Reed*, 533 F. App'x 673, 674 (11th Cir. 2013) (no jurisdiction).

Assuming the Court has jurisdiction, the Court denies Sizer's Motion for failure to state any valid ground for reconsideration. *See* Fed. R. Civ. P. 60(b) (stating grounds for relief from an order). Sizer's only argument in his Motion to Reconsider is that the Court denied his Motion for Compassionate Release without granting him additional time to file a Reply brief in support thereof. However, Sizer's Motion lacks any argument that would change the outcome of the Court's Order denying him compassionate release.

Accordingly, it is **ORDERED AND ADJUDGED** that Sizer's Motion, **ECF No. [1058]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 9, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

**Craig Sizer**
14046-104
Coleman Federal Correctional Complex-Camp
Unit C-4
Inmate Mail/Parcels
P.O. Box 1027

Case No. 16-cr-20715-BLOOM

Coleman, FL 33521-1027
PRO SE