UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cr-20715-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRAIG SIZER,

    Defendant.

_____/

### ORDER ON MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*

**THIS CAUSE** is before the Court upon Plaintiff Craig Sizer's Financial Affidavit, ECF No. [1082], filed on August 7, 2023. Because the Court has denied Plaintiff's Motion for Compassionate Release, ECF No. [1054], and Plaintiff has filed a Notice of Appeal, ECF No. [1059], the Court construes Plaintiff's filing to be a Motion for Leave to Appeal *In Forma Pauperis* ("Motion"). The Court has carefully reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised. For the reasons set forth below, the Motion is denied.

"Applications to appeal in forma pauperis are governed by 28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24." *Woodson v. Sec'y Dep't of Corr.*, No. 02-21921-Civ, 2020 WL 5819808, at *2 (S.D. Fla. Sept. 29, 2020). "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "A party demonstrates good faith by seeking appellate review of any issue that is not frivolous when examined under an objective standard." *Ghee v. Retailers Nat'l Bank*, 271 F. App'x 858, 859 (11th Cir. 2008). "An appeal filed in forma pauperis is frivolous when it appears the plaintiff has little or no chance of success, meaning that the factual allegations are clearly baseless or that the legal

Case No. 01-cv-03990-BLOOM

theories are indisputably meritless." *Daniels v. Florida*, No. 19-62464-Civ, 2019 WL 8888208, at *1 (S.D. Fla. Dec. 5, 2019) (quotation marks omitted).

On May 26, 2023, the Court denied Plaintiff's Motion for Compassionate Release because Plaintiff failed to assert "extraordinary and compelling circumstances" that would justify his early release. ECF No. [1054] at 6. Plaintiff has not explained the basis for his appeal. Accordingly, he has failed to demonstrate that he seeks appellate review "of any issue that is not frivolous when examined under an objective standard." *Ghee*, 271 F. App'x at 859. The Court therefore finds Plaintiff's appeal to be frivolous and "certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3).

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [1082]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 7, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

**Craig Sizer**
14046-104
Coleman Federal Correctional Complex-Camp
Unit C-4
Inmate Mail/Parcels
P.O. Box 1027
Coleman, FL 33521-1027
PRO SE